# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BANK OF NEW YORK MELLON,** formerly known as The Bank of New York, as Trustee on behalf of The Holders of the Alternative Loan Trust 2006-OC11, Mortgage Pass Through Certificates Series 2006-OC11 | : | CIVIL ACTION |
| v. | : | |
| **ROBERT BRUCE FAZIO and UPPER INDIAN HEAD ROAD DEVELOPMENT LLC, REAL OWNER** | : | NO. 22-319 |

## ORDER

**NOW**, this 1st day of February, 2022, upon consideration of the Notice of Removal (Document No. 1) and the plaintiff's complaint, it is **ORDERED** that pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** to the state court from which it was removed.

                                             /s/ Timothy J. Savage
                                             TIMOTHY J. SAVAGE, J.